# United States District Court
## Southern District of Georgia

Hailie A. Poppell

_____
Plaintiff

v.   Yamaha Motor Corporation, U.S.A.

_____
Defendant

Case No. _____4:19-CV-285_____

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __8th__ day of __November__, __2019__.

_____*Christopher L. Ray*_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Richard A. Mueller

Business Address: Thompson Coburn, LLP
Firm/Business Name

One US Bank Plaza
Street Address

_____ St. Louis    MO    63101
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

_____  _____  _____
Address Line 2    City   State    Zip

314.552.6248 _____  _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  rmueller@thompsoncoburn.com