# United States District Court
## Southern District of Georgia

Hailie A. Poppell

_____
Plaintiff

Case No. 4:19-CV-285

v. Yamaha Motor Corporation, U.S.A.

Appearing on behalf of
Plaintiff

_____
Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __6th__ day of __December__, __2019__.

*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Brian N. Mazzola |
| Business Address: | Mazzola Law Firm, PLLC |
| | Firm/Business Name |
| | 505 W. Lucas Drive |
| | Street Address |
| | Beaumont  TX  77706 |
| | Street Address (con't)  City  State  Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2  City  State  Zip |
| | (409) 898-0690 |
| | Telephone Number (w/ area code)  Georgia Bar Number |
| Email Address: | bmazzola@mazzolalawfirm.com |