IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HAILIE A. POPPELL, | |
|     Plaintiff, | CIVIL ACTION NO.: 4:19-cv-285 |
|   v. | |
| YAMAHA MOTOR CORPORATION, U.S.A.; and YAMAHA MOTOR CO., LTD., | |
|     Defendants. | |
| _____ | |
| YAMAHA MOTOR CORPORATION, U.S.A., | |
|     Third-Party Plaintiff, | |
|   v. | |
| JOE SWANN, | |
|     Third-Party Defendant. | |

## O R D E R

Before the Court is a "Stipulated Motion for Dismissal With Prejudice," filed on May 8, 2020, in which Plaintiff Hailie Poppell dismisses all claims she asserted against both Defendants in this case with prejudice. (Doc. 35.) The document is signed by counsel for Plaintiff and counsel for Defendants and provides that each party will bear its own costs, expenses, and fees. (Id. at p. 1.) Also before the Court is a "Stipulated Motion for Dismissal of Third-Party Complaint," filed on May 8, 2020, in which Yamaha Motor Corporation, U.S.A., in its capacity as Third-Party Plaintiff in this action, dismisses all claims it has asserted against Third-Party Defendant Joe

Swann with prejudice.  (Doc. 36.)  That document is signed by counsel for the Third-Party Plaintiff and counsel for the Third-Party Defendant and provides that each party will bear its own costs, expenses and fees.  (<u>Id.</u> at p. 1.)  There being no remaining claims pending in the case, the Court, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and (c), **DISMISSES** this action with prejudice.  The Clerk is hereby authorized and directed to **CLOSE** this case.

    **SO ORDERED**, this 9th day of September, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA